JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DALMONT STEPHENSON,

    Petitioner,

vs.

T. FELKER, Warden,

    Respondent.

Case No. CV 09-5371-PSG (RNB)

**JUDGMENT**

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 7/31/09

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE